M H

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:21-mj-230 |
| Jermaine Spencer MONTGOMERY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____04/26/2019_____ in the county of ____Jackson/Franklin____ in the
____Southern____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 846 | Conspiracy to possess with intent to distribute over 500 grams of a mixture or substance containing a detectable amount of Methamphetamine |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Barry O'Dell, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___4-5-21___

_____
*Judge's signature*

City and state: _____Columbus, Ohio_____

Chelsey M. Vascura U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Barry J. O'Dell, (hereafter referred to as affiant) being duly sworn depose and state:

## INTRODUCTION

1.      I am an "Investigative or Law Enforcement Officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2.      Your affiant is currently a Police Officer with the City of Columbus Division of Police assigned as a Detective in the Columbus Police Narcotics Bureau, and is concurrently serving with the Drug Enforcement Administration Task Force.  Your affiant has been a police officer in good standing since July 8, 2001. As a result of his training and experience as a Police Officer and Detective, your affiant is familiar with Ohio Revised Code Criminal laws relating to narcotics violations.

   a.  I am a Task Force Officer of the Drug Enforcement Administration (DEA), assigned to the Detroit Field Division, Columbus District Office. I graduated from the Columbus Police Academy located in Columbus, Ohio.  I have received approximately 29 weeks of training to be a police officer.  The training included controlled substances identification, narcotics related investigative techniques, interview and interrogation training, preparation of search warrants, tactical application of narcotics enforcement, surveillance and electronic monitoring techniques, money laundering investigations and various forensic subjects including latent fingerprint collection and analysis.

(b) During the course of my law enforcement career, I have had experience in debriefing defendants; interviewing participating witnesses, cooperating individuals and other persons who have personal knowledge and experience regarding the amassing, spending, conversion, transportation, distribution and concealment of records and proceeds of trafficking in controlled substances.

(c) As a Task Force Officer, I have participated in the execution of numerous search warrants at residences and businesses of narcotics traffickers, safe houses, crack houses, and have participated in numerous search warrants and investigations for drug related offenses.

(d) As a Task Force Officer, I have participated in investigations targeting individuals and organizations trafficking heroin, cocaine, cocaine base ("crack"), marijuana, fentanyl and its analogues, methamphetamine and other controlled substances as defined in 21 U.S.C. § 801 and ORC 2925. I know that these are controlled substances under 21 U.S.C. § 801 and ORC 2925.

The facts and information contained herein are based on my personal knowledge and experience, that of other law enforcement personnel, surveillance operations, and from persons with knowledge regarding relevant facts and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this investigation.

## BACKGROUND OF INVESTIGATION

On or about April 26, 2019, members of the DEA Columbus, Ohio District Office (CDO) received information stating that Jermaine Spencer MONTGOMERY (herein referred to as MONTGOMERY) was trafficking methamphetamine in the Columbus, Ohio (OH) area.

On April 26, 2019, at approximately 5:48 p.m., a traffic stop was conducted on MONTGOMERY for speeding by Ohio State Highway Patrol (OSP) going eastbound on US 35,

mile marker 10 in a white four door Lincoln bearing OH license plate HJS 6497. OSP Troopers observed MONTGOMERY being very nervous, and having inconsistences in his story of why he was traveling to West Virginia from Columbus, OH.

An OSP K-9 was dispatched to the location of the traffic stop and reacted to the positive odor of narcotics around MONTGOMERY's vehicle. A probable cause search of the vehicle was conducted by OSP Troopers. In the trunk of MONGRMERY's vehicle, a black suitcase was located in the trunk of the vehicle. During the search of the black suitcase, OSP Troopers found a clear plastic bag containing approximately 110 gross grams of suspected marijuana, a clear plastic package containing approximately 1431.2 gross grams suspected methamphetamine, and a clear plastic bag of round blue pills containing approximately 57.5 gross grams of suspected oxycodone pills, marked with "M-30".

On April 29, 2019, DEA investigators conducted a consensual search of MONGTOMERY's residence of 5721 Forest Birch Lane, Columbus, Ohio 43229. Inside the aforementioned residence, investigators found a .40 caliber Glock pistol bearing serial number SBL566, two magazines containing .40 caliber ammunition, and approximately 490.9 gross grams of suspected methamphetamine.

Based upon my training, experience and my review of the evidence gathered by agents and other investigators assigned to this investigation, there is probable cause to believe Jermaine MONTGOMERY and others have violated 21 U.S.C 846, conspiracy to possess with intent to distribute over 500 grams of methamphetamine. This affidavit is in support of a request for the issuance of a Federal complaint and arrest warrant for Jermaine MONTGOMERY

_____
Barry O'Dell
Task Force Officer, Drug Enforcement Administration (DEA)

Subscribed and Sworn before me on this ___5___ day of April 2021, in Columbus, Ohio.

_____
Chelsey M. Vascura
Unites States Magistrate Judge
Southern District of Ohio